```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

UNITED STATES OF AMERICA        *

      vs.                      *    CRIMINAL NO. MJG-11-0095

JOHN I. FRANKLIN, Jr., et al.   *

*      *      *      *      *      *      *      *      *

<u>MEMORANDUM AND ORDER RE: WITHDRAWAL</u>

    The Court has before it the Motion to Withdraw as Counsel [Document 146] filed by defense counsel.  No response is necessary to the motion and no hearing is necessary at this time.

    The instant case has been tried and the Defendant has been found guilty.  Defense counsel has filed a motion for acquittal to which the Government shall file a response.  There is nothing remaining in the case for counsel to do except to present argument on the motion that they filed and to advocate for the Defendant in regard to sentencing should the motion be denied.

    Under the circumstances:

1. The Motion to Withdraw as Counsel [Document 146] is DENIED.

2. Defense counsel shall prepare to argue the pending motion and to advocate for the Defendant in regard to sentencing.

3. Defense counsel Curlett shall appear in Court on April 13, 2012[1] and shall be prepared to argue the pending motion and to advocate for the Defendant in regard to sentencing.

4. Should the Defendant seek to have the Court appoint a new attorney on April 13, 2012, the Court shall consider the matter and take appropriate action.

SO ORDERED, on Wednesday, March 21, 2012.

_____/s/___ __ _____
Marvin J. Garbis
United States District Judge

---

[1] Defense counsel Wallach, of Los Angeles, having agreed to appear in this case as appointed counsel as a public service without reimbursement of expenses, is not required to travel to Baltimore to attend further proceedings.